AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of  **UNDER SEAL**
(Name, address or brief description of person, property, or premises to be searched)

**The offices and computers of
James Pehrkon, John O'Brien and
Lola Hatcher-Capers
U.S. Federal Elections Commission
999 E Street, N.W.
Washington, D.C.**

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER: 05 - 0634 M - 01

(Further described below)

I ___Frank G. D'Amico___ being duly sworn depose and say:

I am a(n) _Special Agent with the Federal Bureau of Investigation (FBI)_ and have reason to believe
(Official Title)

that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)

The offices and computers of James Pehrkon, John O'Brien and Lola Hatcher-Capters, U.S. Federal Elections Commission, 999 E Street, N.W., Washington, D.C., including any locked or padlocked rooms within. (as further described in "Attachment A")

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched) (as further described in "Attachment B")

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)
evidence and instrumentalities.

concerning a violation of Title _18_ United States Code, Section(s) _§ 208 and 18 U.S.C. § 1001_. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof. ☒ YES ☐ NO

Sarah Chasson
Fraud and Public Corruption
(202) 514-7248

Signature of Affiant
Frank G. D'Amico, Special Agent
Federal Bureau of Investigation (FBI)

Sworn to before me, and subscribed in my presence

_____  at Washington, D.C.
Date
ALAN KAY
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer    Signature of Judicial Officer