AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**UNDER SEAL**

**The offices and computers of
James Pehrkon, John O'Brien and
Lola Hatcher-Capers
U.S. Federal Elections Commission
999 E Street, N.W.
Washington, D.C.**

**SEARCH WARRANT**

CASE NUMBER: 05 - 0634 M - 01

TO:       Frank G. D'Amico       and any Authorized Officer of the United States

Affidavit(s) having been made before me by  Special Agent with the Federal Bureau of Investigation who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

The offices and computers of James Pehrkon, John O'Brien and Lola Hatcher-Capters, U.S. Federal Elections Commission, 999 E Street, N.W., Washington, D.C., including any locked or padlocked rooms within, (as further described in "Attachment A")

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property) (as further described in "Attachment B")

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before     0 8 DEC 2005
                                                                 (Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☒ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

NOV 28 2005  12:35 pm                    at Washington, D.C.

Date and Time Issued  ALAN KAY
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer           Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 11-28-2005 | 11-30-2005 / 6:40 pm | On Coffee Table in office of JAMES PEHRKON, 999 E Street NW, Washington DC |

INVENTORY MADE IN THE PRESENCE OF  FA Sharon Mack-Tyler (FBI)

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

* SEE ATTACHMENT *

**FILED**

DEC 0 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

SA _Frank H. D'Vivo_ (FBI)

Subscribed, sworn to, and returned before me this date.

_____        12/05/05
U.S. Judge or U.S. Magistrate Judge         Date

# FINAL INVENTORY

30-Nov-05        ITEMS SEIZED ON    11/30/2005

999 E Street NW, Rms 933,819   Washington        DC        20463

58A-WF-232793    CASE AGENT    SA Frank D'Amico

SEIZING AGENT  SA Frank D'Amico

| ITEM # | ROOM | CONTAINER | LOCATING AGENT | DESCRIPTION |
|---|---|---|---|---|
| 1 | A | Cabinet next to desk | SA Daniel Damron | Telephone message from Cheryl Kelley; loose paper + notepad containing names Cheryl and Alexander Consulting + Training |
| 2 | A | Top right hand drawer of desk | SA Daniel Damron | 2005 Day Planner containing entries for Cheryl |
| 3 | A | In recycle box near desk on the floor | SA John Goodpaster | Memo/letter addressed to "Jim" in reference to a Grievance. |
| 4 | A | Top of desk | SA Daniel Damron | Misc papers/notebook/telephone legs about complaints. Business card for John Mahoney. |
| 5 | C | Upper right desk drawer | SA Johnnie Jacobs | Small green book with pages concerning Cheryl Kelley's EEO complaint. |
| 6 | C | Top of Credenza | SA Johnnie Jacobs | Steno pad with pages concerning EEO Settlement. |
| 7 | C | Lower right desk drawer | SA Johnnie Jacobs | Kelley FEC EEO file. |
| 8 | B |  | SA Perry Goerish | FEC Budget Execution reports as of 9/21/05 – 9/30/05 for both Division 91 + Division 94 |
| 9 | C | Top of Credenza | SA Johnnie Jacobs | Two $10,950 FEC Procurement requests for ACT Services and Materials. |
| 10 | C | Desktop | SA Jay Greenberg | Notepad w/notification to Cheryl K. of timeframe notation. |
| 11 | C | Desktop | SA Jay Greenberg | 28 month planner |
| 12 | C | Desktop | SA Jay Greenberg | Emails regarding Budget Analyst position |
| 13 | C | Desktop | SA Jay Greenberg | Final Counseling interview letter from Alexander to Kelley, dated 9/29/05 |

/

| ITEM # | ROOM | CONTAINER | LOCATING AGENT | DESCRIPTION |
|---|---|---|---|---|
| 14 | C | Desktop | SA Jay Greenberg | Notepad w/note to assign Invesitgator to Kelley file. |
| 15 | C | Desktop | SA Jay Greenberg | Hatcher-Capers notepad w/notation referring to Cheryl. |
| 16 | D | File room | SA Jay Greenberg | Obligation of Funds memo. |